To:  Russ Reynolds

From:  Leonard J. Ackerman, Trustee

Case Name:  Kevin Peter McConnell

Case Number:  12-15996

Date:  March 16, 2015



FILED
2015 MAR 19 PM 1:07
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF

# TRANSMITTAL OF UNCLAIMED FUNDS

# IN CHAPTER 7 CASE

It has been more than ninety days after the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached are checks for any unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| **Name and Address of Entity** | **Check Amount** |
|---|---|
| Escondido Pulmonary Medical Group Inc.<br>488 E. Valley Parkway #314<br>Escondido, CA 92025 | $2,107.46 |

